HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.W. and R.J.T.,

    Plaintiffs,

  v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

Case No. C16-465 RAJ

ORDER

On January 27, 2017, the Court ordered Defendant Liberty Mutual Fire Insurance Company ("Liberty") to file a surreply on Plaintiffs R.W. and R.J.T.'s Motion to Compel. Dkt. # 42. Liberty has since done so. Dkt. # 43.

In the surreply, Liberty responds to Plaintiffs' request—raised for the first time in their reply brief—for unredacted versions of certain documents produced after the motion to compel was filed. *Id.* Having considered the surreply and all other briefs submitted on the motion to compel, the Court finds that Plaintiffs' request is unwarranted and declines to require the production of unredacted documents. The surreply confirms that Plaintiffs

\\
\\
\\
\\
\\

ORDER – 1

have failed to establish any plausible basis for why the unredacted documents are relevant to their claims.

DATED this 7th day of February, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2